```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JAVIER MARTE, ET AL., | 25-cv-5650 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| CASA TUA NYC, LLC., ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for defendant JIL Janitorial Services & Solutions, LLC to answer or respond was August 28, 2025; the deadline for defendant Casa Tua NYC, LLC to answer or respond was August 29, 2025; the deadline for defendant Wilkin Alejandro Leonardo to answer or respond was September 24, 2025; the deadline for defendants Miky Grendene and Leticia Grendene to answer or respond was October 2, 2025. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **October 24, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **October 15, 2025**.

**SO ORDERED.**

**Dated:**   **New York, New York**
         **October 10, 2025**

_____
John G. Koeltl
**United States District Judge**