UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAVIER MARTE, et al.,

                          Plaintiff(s)

                                                                    25 civ 5650 (JGK)

          -against-

MT. HAWLEY INSURANCE COMPANY, et al.,
                              Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, October 21, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                        **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 15, 2025